UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
Eastern Division

| | | |
|---|---|---|
| In Re: | ) | BK No.:  15-19411 |
| | ) | |
| | ) | Chapter: 13 |
| ANTONIO BROWN | ) | Honorable Jack B. Schmetterer |
| | ) | |
| | ) | |
| Debtor(s) | ) | |

## ORDER AUTHORIZING DEBTOR TO SELL REAL PROPERTY

THIS MATTER coming to be heard on the motion of the Debtor, the Court having jurisdiction over the parties and the subject matter and being duly advised in the premises and due notice having been given to the parties entitled thereto:

It is hereby ORDERED that:

1) The Debtor is authorized to sell the real property located at 2037 E. 172nd St. South Holland, IL 60473.

2) The order does not compel any creditor holding a lien on 2037 E. 172nd St. South Holland, IL 60473, to accept the terms of the contract. *That the secured lien of JPMorgan Chase Bank shall be paid in full at closing.*

3) All non-exempt net funds, after all liens on the property are satisfied, shall be paid to the Chapter 13 Trustee to be applied to the Debtor's Chapter 13 plan.

4) Any additional proceeds from the sale and the Debtor's Homestead exemption of $15,000.00 will be property of the Debtor.

Enter:

_[signature]_
United States Bankruptcy Judge

Dated: MAR 2 1 2018

**Prepared by:**
Jason Cotey, A.R.D.C. #6311525
David M. Siegel & Assoc., LLC
790 Chaddick Drive
Wheeling, IL 60090
(847) 520-8100

Rev: 20151029_bko