UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
Eastern Division

In Re: )    BK No.:   15-19411
)
ANTONIO BROWN )    Chapter:  13
) Honorable Jack Schmetterer
)
)
Debtor(s) )

**ORDER ON DEBTOR'S MOTION TO INCUR DEBT AND TO USE PROPERTY OF THE ESTATE**

THIS MATTER coming to be heard on the motion of Debtor, the Court having jurisdiction over the parties and the subject matter and being duly advised in the premises and due notice having been given to the parties entitled thereto:

It is ORDERED:

1. The Debtor is granted leave to obtain financing for a vehicle in the amount of up to $35,000.00, with financing of up to 18.00% interest, with monthly payments of up to $750.00 per month for a 2018 Ford Edge or similar vehicle.

2. The Debtor is permitted to use and/or sell specific property of the estate, the 2013 Hyundai Santa Fe, for the purpose of using it as a trade in.

3. The Debtor is granted leave to have this motion heard on shortened notice.

Enter:

Honorable Pamela S. Hollis
United States Bankruptcy Judge

Dated:  October 17, 2018

**Prepared by:**

Dustin B. Allen
IARDC#6312451
David M. Siegel & Associates
790 Chaddick Drive
Wheeling, IL 60090
847-520-8100