Certificate Number: 06741-ILN-DE-033588906

Bankruptcy Case Number: 15-19411



06741-ILN-DE-033588906

# CERTIFICATE OF DEBTOR EDUCATION

I CERTIFY that on October 22, 2019, at 12:00 o'clock PM CDT, ANTONIO BROWN completed a course on personal financial management given in person by Tom Vaughn, Chapter 13 Standing Trustee, a provider approved pursuant to 11 U.S.C. 111 to provide an instructional course concerning personal financial management in the Northern District of Illinois.

Date: October 22, 2019   By: /s/Geraldine Maxwell

Name: Geraldine Maxwell

Title: Information Services Manager